# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 22-00011** |
| **DONNA FECONDO** | : | |

## ORDER

**AND NOW**, this 18th day of October, 2023, upon consideration of the Pre-Sentence Report, Defendant's Opening Sentencing Memorandum (Doc. No. 28), the Government's Opening Sentencing Memorandum (Doc. No. 29), Defendant's Reply Sentencing Memorandum (Doc. No. 30), the testimony and exhibits presented at the August 1, 2023 evidentiary hearing, Defendant's Supplemental Sentencing Memorandum (Doc. No. 42) and the Government's Supplemental Sentencing Memorandum (Doc. No. 43), it is hereby **ORDERED** that:

1. The relevant tax loss for purposes of sentencing is $5,077,853, as explained in the accompanying Memorandum Opinion;

2. By no later than **November 3, 2023**, the Probation Officer shall provide an updated Pre-Sentence Report reflecting the above tax loss;

3. By no later than **November 8, 2023**, the parties shall file sentencing memoranda setting forth any additional objections to the Pre-Sentence Report or factors for consideration at sentencing.

4. As set forth in in the September 18, 2023 Notice of Hearing (Doc. No. 44), the final sentencing hearing in this matter shall continue on **November 15, 2023** at **10:00 a.m.** in **Courtroom 17A**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,            J.**