REC'D APR 3 2024

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 22-00011 |
| DONNA FECONDO | : |

### NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, defendant, Donna Fecondo hereby appeals to the Third Circuit Court of Appeals from the Judgment of Sentence entered by the District Court on March 21, 2024.

_/s/ Donna Fecondo_
Donna Fecondo, Pro Se

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☑ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify Below)

IN THE CASE OF  USA  v.  Donna Fecondo

FOR: 
AT: 
LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): **Donna Fecondo**

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 
District Court: 22-00011
Court of Appeals: 

CHARGE/OFFENSE (Describe if applicable & check box→)  ☑ Felony  ☑ Misdemeanor
**26 USC 7202, 7203**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☑ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ Unknown | There is no equity in the house. The liens exceed the value |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ 25,000.00 | |
| Other property | $ Unknown | There is no equity in the property. The liens exceed the value |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No
IF YES, give the total approximate amount after monthly expenses $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? **myself**

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ 350.00 | $ 4200.00 |
| Medical expenses | $ 50.00 | $ 600.00 |
| Utilities | $ 1200.00 | $ 14,400.00 |
| Credit cards | $ 208.33 | $ 2500.00 |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 426.00 | $ 512.00 |
| Loans | $ | $ |
| Fines | $ | $ |
| Other Life Ins | $ 76.13 | $ 913.56 |

I certify under penalty of perjury that the foregoing is true and correct.

_Donna Fecondo_                          4/2/2024
SIGNATURE OF DEFENDANT                   Date
(OR PERSON SEEKING REPRESENTATION)

## **CERTIFICATE OF SERVICE**

I certify that a copy of Defendant Donna Fecondo's Notice of Appeal was served upon the following, by first class mail, postage pre-paid on March 25, 2024:

>Karen Grigsby, AUSA
>U.S. Attorney's Office
>615 Chestnut Street
>Philadelphia, PA   19106

_____
Donna Fecondo