## NOTICE OF DOCKETING OF APPEAL

### USA v. Donna Fecundo

### United States District Court for the Eastern District of Pennsylvania
### District Court No.: 2-22-cr-00011-001

### Honorable Mitchell S.  Goldberg

An appeal by Donna M. Fecundo was filed in the above-captioned case on **April 3, 2024**, and docketed in this Court on **April 4, 2024**, at **No. 24-1618**.

Kindly use the Appeals Docket **No. 24-1618** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager, **Nicole M. Bruno**, and to the e-mail account **CA03db_PAED Appeals**. Please notify the Case Manager at Nicole M. Bruno@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.